**IN THE COURT OF APPEALS OF IOWA**

No. 16-0757
Filed September 12, 2018

**HABITAT FOR HUMANITY,**
    Plaintiff-Appellee,

**vs.**

**CHARITY LYNN RUSH,**
    Defendant-Appellant.

_____

Appeal from the Iowa District Court for Scott County, Paul L. Macek, Judge.

Property owner appeals the district court's decree foreclosing the mortgages on the property in question. **AFFIRMED.**

Charity Murray, Davenport, pro se appellant.

Steven L. Nelson of Califf & Harper, PC, Moline, Illinois, for appellee.

Considered by Doyle, P.J., Mullins, J., and Mahan, S.J.*

*Senior judge assigned by order pursuant to Iowa Code section 602.9206 (2018).

**MAHAN, Senior Judge.**

Habitat for Humanity—Quad Cities built a house for Charity Rush in 2002, and Rush executed promissory notes secured by mortgages for the property. Rush defaulted on the notes in mid-2014. She made her last payment in June 2015, which fulfilled the August 2014 payment. Habitat for Humanity filed a foreclosure action in equity, electing to foreclose without redemption. Following trial, the district court entered a decree foreclosing the mortgages.

Rush appeals the court's foreclosure decree, raising several challenges to the court's ruling, essentially claiming "a loan was never given," the mortgages provided to her by Habitat for Humanity were "fraudulent," and she "has the right to rescind her signatures and revoke all contracts created out of fraud." After reviewing the record in this case, including the briefs and arguments of the parties on appeal, we conclude the district court properly rendered a judgment of foreclosure. Accordingly, we affirm the court's decree without further opinion. *See* Iowa Ct. R. 21.26(a), (d), (e).

**AFFIRMED.**